James Kernan, for plaintiff in error.
J. Detweiler, *contra.*

---

147                          [Butler Circuit Court, October Term, 1892.]

### MARY J. STEPHENSON v. ROBERT LINE.

For opinion in this case see 7 Ohio Circ. Dec., 35.